IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LASHON LAWSON,

    Plaintiff,

vs.                                     CASE NO. 1:09CV55-MP/AK

RAFAEL GOMEZ,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed a complaint on February 24, 2009, alleging that defendant made false statements against him. (Doc. 1). The complaint was not on proper forms, no motion for leave to proceed IFP was filed with the complaint, and on February 26, 2009, he was advised that he must either pay the full filing fee or submit a motion with inmate account information. (Doc. 4). He filed a motion, but did not provide inmate account information, so another order was entered requiring this information on or before April 20, 2009. (Doc. 7). An order to show cause was entered on June 10, 2009, directing a response on or before June 30, 2009. (Doc. 8). As of this date, there has been no response to the show cause order and the order has been returned as undeliverable with no forwarding address provided.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734

(1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he file the necessary information to support his motion for leave to proceed IFP, (docs. 7 and 8), and he has not provided a new address so that the Court can communicate with him about this lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 11th Day of August, 2009.

s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**