IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LASHON LAWSON,

    Plaintiff,

v.                                                             CASE NO. 1:09-cv-00055-MP-AK

RAFAEL GOMEZ,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendation by the Magistrate Judge. Plaintiff has failed to respond to the Magistrate Judge's Order to Show Cause, and mail sent to Plaintiff has been returned as undeliverable with no forwarding address. Plaintiff was originally ordered to show cause due to his failure to file his inmate account information as was required to be included in his motion to proceed *in forma pauperis*.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he file the necessary information to support his motion for leave to proceed IFP, (docs. 7 and 8), and he has not provided a new address so that the Court can communicate with him about this lawsuit.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 10, is adopted and incorporated herein.

2. This case is dismissed without prejudice.

**DONE AND ORDERED** this  *21st* day of August, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge